# Order

Michigan Supreme Court
Lansing, Michigan

June 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151417(44)

RENEE B. LAFAVE, SHIRLEY ZIMMER,
RONALD PROCTOR, and JOANN M.
PROCTOR,
        Plaintiffs/Counter-Defendants-
        Appellees,

and

LAWRENCE R. MCCALEB,
        Plaintiff,

v

IONIA COUNTY ROAD COMMISSION
CHAIRPERSON, JOHN BUSH, STATE
TREASURER, CHARLES LLOYD BABCOCK,
DAWN KONENSKI, ROGER KONENSKI,
LEON PLATTE TRUST, ALICIA BETZ,
MEDFORD BAILEY, ROBERT ZIMMER,
TRACY ANTHONY, DANIEL R. ZIMMER,
JODIE L. ZIMMER, DAWN ALDRICH,
PATRICIA LIPPINCOTT TRUST, JOHANNA
PARSHALL, MICHELLE DROSTE, EUGENE
DROSTE, DIRECTOR OF DEPARTMENT OF
NATURAL RESOURCES, CONSUMERS
ENERGY CO., AT&T, HOMEWORKS TRICOUNTY
ELECTRIC CO-OP, TOWNSHIP OF
LYONS, IONIA COUNTY ROAD
COMMISSION, DIRECTOR OF DEPARTMENT
OF LICENSING AND REGULATORY
AFFAIRS,
        Defendants,
and

SC: 151417
COA: 315439
Ionia CC: 2010-027799-CH

SALLY N. COOK,

        Defendant/Counter-Plaintiff,

and

MOLLY E. KANDLE-KOST and JAMES KOST,

        Defendants/Counter-Plaintiffs-
        Appellants.

_____/

On order of the Chief Justice, the motion of defendants/counter-plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply submitted on June 1, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        June 3, 2015        

                                       Clerk